UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| JANET VIVIAN BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 09-30-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID STENGEL, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants David Stengel, Robert D. Adler, in their official capacities, and the Commonwealth of Kentucky with respect to the claims asserted against them in the Complaint filed hereby by Plaintiff Vivian Janet Bowman.

(2) Plaintiff Vivian Janet Bowman's Complaint [Record No. 3] is **DISMISSED**, with prejudice, and this matter is **STRICKEN** from the Court's docket.

(3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay. The Court certifies that any appeal would not be taken in good faith.

This 6th day of August, 2009.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge